IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02687-RPM

M. A. MORTENSON COMPANY,

    Plaintiff,

v.

CREATIVE TOUCH INTERIORS, INC., successor to
ARVADA HARDWOOD FLOOR COMPANY,

    Defendant.

_____

ORDER FOR ARBITRATION
_____

Pursuant to the hearing held today on the Complaint and Petition to Compel Arbitration, filed December 11, 2008, and for the reasons stated by the Court at the hearing, it is now

ORDERED that M. A. Mortenson Company and Creative Touch Interiors, Inc., shall proceed with arbitration. The plaintiff's request for retention of jurisdiction is denied.

DATED: February 20, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge